1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  660 J St., Suite 390
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for Defendant
   DARCELL EPPS
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   No. 2:07-cr-00449-MCE
                                    )
10         Plaintiff,                )   STIPULATION AND ORDER
                                    )   CONTINUING HEARING RE
11     v.                            )   REVOCATION OF SUPERVISED
                                    )   RELEASE
12                                   )
   DARCELL EPPS,                    )
13                                   )
                                    )
14         Defendant.                )
   _____)
15
           This matter is set for a hearing re revocation of supervised release on January 26, 2012.
16
   Both parties are obtaining additional information concerning the alleged violation and need
17
   additional time to prepare. Therefore, the parties hereby stipulate that this matter be continued to
18
   February 16, 2012 at 9:00 a.m.
19

20
       DATED: January 25, 2012      /s/ Tim Warriner
21                                  Attorney for defendant, DARCELL EPPS

22
       DATED: January 25, 2012      /s/ Kyle Reardon
23                                  Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and based upon the foregoing stipulation of the parties, it is hereby ordered that the hearing re revocation of supervised release set for January 26, 2012 be continued to February 16, 2012 at 9:00 a.m.

Dated: January 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE